AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| CHARITY DAVIS <br><br> *Plaintiff(s)* <br> v. <br> COLUMBIA DEBT RECOVERY, LLC <br> d/b/a GENESIS CREDIT MANAGEMENT <br><br> *Defendant(s)* | Civil Action No. 6:26-cv-32 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* COLUMBIA DEBT RECOVERY, LLC
d/b/a GENESIS CREDIT MANAGEMENT
c/o Corporation Service Company
300 DESCHUTES WAY SW STE 208 MC-CSC1,
TUMWATER, WA, 98501, UNITED STATES

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Daniel J. Ciment
Ciment Law Firm, PLLC
400 E. Weatherford St.
Fort Worth, TX 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 01/22/2026

C. Padgett
*Signature of Clerk or Deputy Clerk*

SERVICE RETURN ATTACHED

ATX Process, LLC
1411 West 6th Street
Austin, TX 78703

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 6:26-cv-32

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

SERVICE RETURN ATTACHED

*Server's address*

Additional information regarding attempted service, etc:

**ATX Process, LLC**
**1411 West 6th Street**
**Austin, TX 78703**

## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### Western District of Texas

Case Number: 6:26-CV-00032-ADA-DNM

Plaintiff:
**Charity Davis**
vs.
Defendant:
**Columbia Debt Recovery, LLC d/b/a Genesis Credit Management**

For: Ciment Law Firm, PLLC

Received these papers on the 23rd day of January, 2026 at 10:03 am to be served on Columbia Debt Recovery, LLC d/b/a Genesis Credit Management by serving its registered agent, Corporation Service Company, 300 Deschutes Way SW, Suite 208 MC-CSC1, Tumwater, Thurston County, WA 98501. I, Andrew Webster, do hereby affirm that on the 3rd day of January, 2026 at 2:15 pm., executed service by delivering a true copy of the Summons in a Civil Action with Complaint for Damages Under the Fair Debt Collection Practices Act, The Texas Debt Collection Act, The Texas Deceptive Trade Practices Act, and Other Equitable Relief in accordance with state statutes in the manner marked below:

[X] **CORPORATE SERVICE:** By delivering to Cynthia Jones (individual accepting) as CSA SOP (title), at 300 Deschutes Way SW #208 (street), Tumwater (city), WA (state), 98501 (zip code) Thurston (county).

( ) **PUBLIC AGENCY:** By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state), _____ (zip code), _____ (county).

( ) **SUBSTITUTE SERVICE:** By delivering to _____ (individual accepting) as _____ (relationship/title) at _____ (street), _____ (city), _____ (state), _____ (zip code), _____ (county).

( ) **GOVERNMENT AGENCY:** By delivering to _____ (individual accepting) as _____ (title) of the within-named agency at _____ (street), _____ (city), _____ (state), _____ (zip code), _____ (county).

( ) **NON SERVICE:** For the reason detailed in the comments below.

**COMMENTS:** _____

I certify that I am over the age of 18, have no interest in the above action, and have the proper authority in the jurisdiction in which this process was delivered. The facts in this affidavit are within my personal knowledge and true and correct.

My name is Andrew S Webster (First, Middle, Last)
I am at least 18 years old and my address is
PO Box 3310 (Street), Renton (City),
WA (State), 98056 (Zip Code), King (Country).

I declare under penalty of perjury that the foregoing is true and correct.
Executed in King County, State of WA, on the 26th day of January (Month), 2026 (Year).

PROCESS SERVER # 546561
Appointed in accordance with State Statutes

Our Job Serial Number: 2026000937
Ref: Chrity Davis v Colmbia Debt

ATX Process, LLC
1411 W 6th Street
Austin, TX 78703
(512) 717-5600