UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **CHARITY DAVIS,** § | |
| § | |
| *Plaintiff*, § | |
| § | |
| v. § | No.  6:26-CV-00032-LS |
| § | |
| **COLUMBIA DEBT RECOVERY, LLC,** § | |
| § | |
| *Defendant*. § | |

### ORDER FOR RULE 26(f) REPORT AND PROPOSED SCHEDULING ORDER

The defendant having appeared, a Rule 26(f)[1] report and proposed scheduling order[2] are now required, and the parties are directed to the forms set out in Appendix N and Appendix B of the Local Court Rules, respectively.

In preparing these filings, the parties should contemplate a trial setting of **September 6, 2027**. The parties should anticipate a final pretrial conference in the week preceding trial. Also, the parties should ensure there are at least 180 days between the dispositive-motions deadline and the trial date. The parties should confer and file these joint pleadings by **March 19, 2026**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on February 17, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[1] Fed. R. Civ. P. 26(f).
[2] Fed. R. Civ. P. 16(b); Local Court Rule CV-16(c).