**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **CHARITY DAVIS** | § | |
| | § | |
| **vs.** | § | **NO:  WA:26-CV-00032-LS-DTG** |
| | § | |
| | § | |
| **COLUMBIA DEBT RECOVERY, LLC** | § | |
| *Defendant* | | |

## ORDER REGARDING DISCOVERY DISPUTES

For all discovery disputes that arise in the above-captioned case, the Parties are instructed to utilize the following procedure to bring the dispute to the Court in lieu of filing a Motion to Compel.

Lead and local counsel—if the parties have local counsel—shall meet and confer in good faith by video, telephone, or in person to try to resolve the dispute. An exchange of emails does not qualify as an attempt to meet and confer in good faith.

If the parties remain at an impasse after lead counsel have met and conferred, the requesting party shall email a summary chart of the issue(s) and specific relief requested to all counsel of record. The requesting party's summary of the issue(s) shall be contained in the middle column of the summary chart and shall not exceed 500 words for one issue or a combined 1,000 words for multiple issues. The responding party has 3 business days—not counting Saturdays, Sundays, and legal holidays—to complete its portion of the summary chart and return the chart to the requesting party. The responding party's portion of the summary chart shall be contained in the right-hand column of the summary chart and shall not exceed 500 words for one issue or a combined 1,000 words for multiple issues. The specific relief requested shall be included at the bottom of each party's respective column and state the exact proposed language for a court order on the issue. The specific relief requested does not count toward the word limits.

The following is an exemplar chart of the submission of discovery disputes:

| <u>Issue</u> | <u>Requesting Party's Position</u> | <u>Responding Party's Position</u> |
|---|---|---|
| Summary of the issue | Requesting party's summary of its position and argument. | Responding party's summary of its position and argument. |
| | **Relief:** Specific relief sought by requesting party. | **Relief:** Specific relief sought by responding party. |

Once the responding party provides its response, the requesting party shall email the completed summary chart to the Court via email to

TXWDml_NoJudge_Chambers_WA_JudgeGilliland@txwd.uscourts.gov and copy all counsel of record. If a hearing is requested, the parties shall so state in the email submission in compliance with the "Courtroom Guidance for Setting and Resetting Hearings Held before U.S. Magistrate Judge Derek T. Gilliland."

The Court will review the summary chart and issue an appropriate order, which may be an order setting a hearing, ruling on the issue, requesting full briefing, or other relief the Court deems appropriate.

**IT IS SO ORDERED** this **30th day of April, 2026**.

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE